UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EARL JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T. HOLT, Warden,<br><br>　　　　　Respondent. | No. 2:15-cv-0417 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is a California prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2254. He challenges a 2007 El Dorado County conviction for continuous sexual abuse of a child under the age of 14.

A review of the docket for case number 2:11-cv-1659 MCE EFB P reveals that petitioner challenged the conviction at issue in this action in that action as well. On September 21, 2012, the habeas petition in 2:11-cv-1659 MCE EFB P was dismissed as time-barred. Before petitioner can proceed with the instant successive petition, he must obtain authorization from the Ninth Circuit Court of Appeals. 28 U.S.C. § 2244(b)(3); <u>see</u> <u>Murray v. Greiner</u>, 394 F.3d 78, 81 (2d Cir. 2005) (dismissal of habeas petition as time-barred "constitutes an adjudication on the merits that renders future petitions under § 2254 challenging the same conviction 'second or successive' petitions under [28 U.S.C. § 2244(b)]"). It does not appear petitioner has obtained the required

/////

1

1 authorization. Therefore, petitioner's habeas petition must be dismissed without prejudice to its
2 re-filing upon petitioner obtaining the required authorization.

3 Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to
4 this case.

5 IT IS HEREBY RECOMMENDED that:

6 1. Petitioner's application for a writ of habeas corpus be dismissed without prejudice; and

7 2. This case be closed.

8 These findings and recommendations are submitted to the United States District Judge
9 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
10 after being served with these findings and recommendations, petitioner may file written
11 objections with the court.  Such a document should be captioned "Objections to Magistrate
12 Judge's Findings and Recommendations."  In his objections petitioner may address whether a
13 certificate of appealability should issue in the event he files an appeal of the judgment in this
14 case.  See Rule 11, Federal Rules Governing Section 2254 Cases (the district court must issue or
15 deny a certificate of appealability when it enters a final order adverse to the applicant).  Petitioner
16 is advised that failure to file objections within the specified time may waive the right to appeal the
17 District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

18 Dated:  March 9, 2015

19 _____
CAROLYN K. DELANEY
20 UNITED STATES MAGISTRATE JUDGE

23 1/mp
jone1659.suctb
24

2